**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

SCOTT FITZGERALD,

Petitioner

: No. 426 EAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.